**Order entered September 1, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00108-CR

**JEREMY TODD BORDELON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-80732-2020**

### ORDER

Before the Court is appellant's August 30, 2022 motion for extension of time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief received with the motion filed as of the date of this order.

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE